# CASE ANNOUNCEMENTS

*March 19, 2010*

[Cite as *03/19/2010 Case Announcements*, 2010-Ohio-1069.]

## MOTION AND PROCEDURAL RULINGS

2009–1292.   State ex rel. Doner v. Logan.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of Case Leasing & Rental's motion for leave to intervene for a limited purpose,
   It is ordered by the court that the motion for leave to intervene is denied.
   Upon consideration of relators' motion for substitution of parties,
   It is ordered by the court that the motion is granted. The executors of the Estate of Marilyn M. Kuhn are hereby substituted as a party in this action in place of Marilyn M. Kuhn.
   CUPP, J., not participating.

# CASE ANNOUNCEMENTS

*March 23, 2010*

[Cite as *03/23/2010 Case Announcements*, 2010-Ohio-1106.]

## MOTION AND PROCEDURAL RULINGS

2009–1292.   State ex rel. Doner v. Logan.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On October 23, 2009, the court referred this case to a master commissioner for the limited purpose of receiving evidence and making all necessary determinations and rulings in regard thereto.
   Upon consideration of the motion to extend the presentation of evidence and briefing schedule,
   It is ordered that the motion is granted. The parties shall file their evidence no later than June 1, 2010. This entry does not resolve or rule on the issues in the parties' memoranda regarding discovery or the admissibility of evidence; such issues should be resolved by the parties or raised by an appropriate motion.
   No further extensions of time will be granted except upon a showing of extraordinary circumstances.
   CUPP, J., not participating.

2009–1900.   MB Westchester, L.L.C. v. Butler Cty. Bd. of Revision.
Board of Tax Appeals, No. 2009–M–238. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's request for oral argument before the full court,
   It is ordered by the court that the request is granted.

## MISCELLANEOUS DISMISSALS